UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 14-623 (NLH) |
| | : | |
| CHRISTOPHER DAVIS | : | ORDER AMENDING RELEASE CONDITIONS |

This matter having come before the Court on the application of defendant Christopher Davis (Lori M. Koch, AFPD, appearing) and the United States of America, Paul J. Fishman, United States Attorney (Howard Wiener, AUSA, appearing) for an Order amending defendant's conditions of release, originally entered by Order of the Honorable Karen M. Williams, United States Magistrate Judge dated December 3, 2014, and the parties having consented to the following amendments, and for this and other good cause appearing:

**IT IS on this __20th__ day of June 2016,**

ORDERED THAT defendant's girlfriend Asya Clemente is designated an additional third-party custodian (amending condition number 6) and that defendant is permitted to reside at an address previously approved by Pretrial Services in Cherry Hill, New Jersey 08002, and further

ORDERED THAT all other terms and conditions of the Order dated December 3, 2014, as amended by the Court (the Honorable Renée M. Bumb, United States District Judge) on February 9, 2015, shall remain in full force and effect.

*[signature: Noel L. Hillman]*

Honorable Noel L. Hillman
United States District Judge